# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHELE JOHNSTON,** *Plaintiff,* <br><br> v. <br><br> **JERZEES SPORTS BAR & PIZZERIA** *Defendant*. | **CIVIL ACTION NO. 22-0307** |

**AND NOW**, this 5th day of January, 2024, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 32) is **GRANTED** for the reasons stated in the foregoing Memorandum. Defendant's Motions in Limine (ECFs 42-44, 48) are **DENIED** as moot.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-307 Johnston v. Jerzees Sports Bar\Johnston v. Jerzees 22-307 MSJ Order.docx